1

2

3

4

5            UNITED STATES DISTRICT COURT

6            EASTERN DISTRICT OF WASHINGTON

7   In re:                              NO: CV-12-451- RMP

8       LLS AMERICA, LLC,               Bankruptcy No: 09-06194-PCW11

9               Debtor.                 Adversary No: 11-80290

10                                      ORDER GRANTING MOTION FOR
                                        DEFAULT AND JUDGMENT
11  BRUCE P. KRIEGMAN, solely in his
    capacity as court-appointed Chapter 11
    Trustee for LLS America LLC,
12
13              Plaintiff,

    vs.
14
    JINDRISKA CHOTOT, also known as
15  Jindriska Casperson; ASHLEY
    CASPERSON; and CHRISTINA
16  CASPERSON,

17              Defendants.

18      Before the Court is bankruptcy trustee Bruce P. Kriegman's Motion for

19  Entry of Default and Judgment, ECF No. 4.  The Court has reviewed the motion,

20

    ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 1

its attachments, the Court's file, and the Bankruptcy Court's file for the adversary action 11-80290-PCW11.

This case arose as an adversary action as part of the bankruptcy of LLS America, LLC. This Court withdrew the reference to this action, set a trial date, and referred the matter back to the Bankruptcy Court for that court to address pretrial matters. The Bankruptcy Court entered orders granting the Bankruptcy Trustee's motions for default and for default judgment. The trustee now moves this Court for entry of default and default judgment.

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 54(a). "If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing." Fed. R. Civ. P. 54(b).

Pursuant to the Court's order on motion for withdrawal of reference, this Court will treat the Bankruptcy Court's orders entering default and default judgment as proposed findings of fact and conclusions of law. The instant motion was filed on August 27, 2012. The Defendants have filed no objection. After a

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 2

review of the record before this Court and the bankruptcy court, the Court

concludes that default is appropriate and default judgment shall be entered.

Accordingly, **IT IS HEREBY ORDERED:**

1. The trustee's Motion for Entry of Default and Judgment, ECF No. 4, is **GRANTED**.

2. Defendants Jindriska Chobot, also known as Jindriska Casperson; Ashley Casperson; and Christina Casperson are in default, and default of said Defendants is hereby entered.

3. The Court will enter default judgment by separate order.

**IT IS SO ORDERED**.

The District Court Executive is hereby directed to enter this Order and to provide copies to counsel and to the Honorable Patricia C. Williams, Bankruptcy Judge.

**DATED** this 31st day of October 2012.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 3