AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re LLS AMERICA, LLC,
        Debtor
BRUCE P. KRIEGMAN, solely in his capacity as
court-appointed Chapter 11 Trustee for LLS America, LLC,
        Plaintiff,
        v.
JINDRISKA CHOBOT, a/k/a JINDRISKA CASPERSON,
ASHLEY CASPERSON, and CHRISTINA CASPERSON,
        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-451-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff is hereby awarded a monetary judgment in the amount of CAD $175,835.00 and costs in the amount of USD $250.00, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

October 31, 2012          JAMES R. LARSEN
*Date*          *Clerk*
         s/ Penny Lamb
         *(By) Deputy Clerk*
         Penny Lamb